UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EMMA MARYANN MARGARET LOVETT, | Case No. EDCV 16-2286-R(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBORAH K. JOHNSON, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 3, 2017

_____
Manuel L. Real
United States District Judge